IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FRANCISCO SANDERS, JR.                                             PLAINTIFF

v.                                             Civil Action No. 1:19-cv-00159-GHD-RP

DAHLAK EXPRESS, LLC; and
YEMANE BAHRE                                          DEFENDANTS

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the Plaintiff's Notice of Voluntary Non-Suit Without Prejudice [42] to dismiss all claims asserted herein without prejudice, finds that this matter should be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED, this the __17th__ day of December, 2021.

_____
SENIOR U.S. DISTRICT JUDGE